ECKMAN, by Guardian *ad litem,* and another, Appellants, vs. THE MILWAUKEE ELECTRIC RAILWAY & TRANSPORT COMPANY, Respondent.

For the appellants: *Alfred E. La France* of Racine.
For the respondent: *Simmons, Walker, Wratten & Sporer* of Racine.

*By the Court.*—Judgment affirmed.


MARTIN and others, Respondents, vs. MORRIS, Appellant.

For the appellant: *Walsh & Morris* and *William F. Morris,* all of Washburn.
For the respondents: *Larrabee & Larrabee* of Chippewa Falls.

*By the Court.*—Order affirmed.


MAHONEY, Appellant, vs. GENEVA LAKE GOOD ROADS ASSO-CIATION, Respondent.

For the appellant: *Thorson & Seymour* of Elkhorn.
For the respondent: *Charles S. French* and *Sturges P. Taggart,* both of Lake Geneva.

*By the Court.*—Judgment affirmed.